# NO. 12-23-00121-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *STEVEN LAMON MOORE,*<br>*APPELLANT* | § | *APPEAL FROM THE 475TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Steven Moore appeals his convictions for possession of between four and two hundred grams of cocaine. Appellant's counsel filed a brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

Appellant was charged by indictment with possession of between four and two hundred grams of cocaine. The indictment further alleged that Appellant had two, prior felony convictions. Appellant pleaded "not guilty," and the matter proceeded to a jury trial.

At trial, the record reflects that Tyler Police Department officers responded to reports of a hit-and-run automobile accident and a person, who was naked and dancing in the roadway. When Officer Adam Riggle arrived upon the scene, he observed one vehicle which appeared to have struck a power pole and a second vehicle which also appeared to have been involved in an accident. He also noticed clothing and other things strewn about the roadway, as well as Appellant, who was naked and standing in the street. Riggle suspected that Appellant was high on phencyclidine (PCP) and asked him if he had smoked or taken anything that night. Appellant

responded that he had smoked and taken every drug in the world, specifically cocaine, heroin, and ecstasy. Riggle also asked Appellant if he drove the car that struck the power pole, and Appellant responded, "I drove the car, and I've driven every car in the world." Riggle discovered pills, plastic bags, and clothing leading from near to the crashed vehicle to where he first observed Appellant standing that night. Riggle also recovered Xanax from a pair of pants located in the roadway, as well as two debit/credit-type cards located near Appellant's clothes, which displayed the name, "Steven Moore." Officer Rusty Addair recovered a baggie with a white powdery substance he suspected was cocaine. Officers also recovered substances suspected to be ecstasy and methamphetamine. Texas Department of Public Safety Forensic Scientist Katie Matheney testified that she determined that the substance submitted to the laboratory was cocaine, the total weight of which was 12.28 grams.

Following the presentation of evidence and argument of counsel, the jury found Appellant "guilty" as charged, and the matter proceeded to a trial on punishment, at which Appellant pleaded "true" to the two enhancement allegations. Ultimately, the jury found the enhancement allegations to be "true" and assessed Appellant's punishment at imprisonment for life. The trial court sentenced Appellant accordingly, and this appeal followed.

### ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel filed a brief in compliance with ***Anders v. California*** and ***Gainous v. State***. Appellant's counsel states that he diligently reviewed the appellate record and is of the opinion that the record reflects no reversible error and that there is no error upon which an appeal can be predicated. He further relates that he is well-acquainted with the facts in this case. In compliance with ***Anders***, ***Gainous***, and ***High v. State***, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978), Appellant's brief presents a chronological summation of the procedural history of the case and further states that Appellant's counsel is unable to raise any arguable issues for appeal.[1] We likewise have reviewed the record for reversible error and found none.

---

[1] In compliance with ***Kelly v. State***, Appellant's counsel provided Appellant with a copy of the brief, notified Appellant of his motion to withdraw as counsel, informed Appellant of his right to file a pro se response, and took concrete measures to facilitate Appellant's review of the appellate record. *See **Kelly v. State***, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Appellant was given time to file his own brief. The time for filing such a brief has expired and no pro se brief has been filed.

**CONCLUSION**

As required by ***Stafford v. State***, 813 S.W.2d 503 (Tex. Crim. App. 1991), Appellant's counsel moved for leave to withdraw. *See also **In re Schulman***, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits. Having done so and finding no reversible error, we ***grant*** Appellant's counsel's motion for leave to withdraw and ***affirm*** the trial court's judgment.

As a result of our disposition of this case, Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; ***In re Schulman***, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review on his behalf or he must file a petition for discretionary review pro se. Any petition for discretionary review must be filed within thirty days from either the date of this opinion or the date that the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See **In re Schulman***, 252 S.W.3d at 408 n.22.

Opinion delivered January 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 31, 2024**

**NO. 12-23-00121-CR**

**STEVEN LAMON MOORE,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 475th District Court
of Smith County, Texas (Tr.Ct.No. 475-0322-23)

---

THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*